IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| THE IT GROUP, INC., et al., | : |
| | : Bankruptcy Case No. 02-10118 MFW |
| | : |
| Debtors. | : |
| | : |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, et al., on behalf of The Estate of The IT Group, Inc., et al., | : |
| | : |
| | : Adversary No. 04-50080 |
| Plaintiff, | : |
| | : Civil Action No. 05-100 JJF |
| v. | : |
| | : |
| ENVIROCRAFT CORPORATION, | : |
| | : |
| Defendant. | : |

### O R D E R

At Wilmington, this 21 day of April 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

(1) The Motion To Withdraw The Reference As To The Adversary Proceeding (D.I. 1) filed by Defendant Envirocraft Corporation is **GRANTED**;

(2) Official Committee of Unsecured Creditors Of the IT Group, et al. v. Envirocraft Corp., Civil Action No. 05-100, shall be consolidated into Envirocraft Corp. v. PPG Industries, Inc., et al., Civil Action No. 03-445. All further pleadings in the consolidated case shall be filed under Civil Action No. 03-445;

(3) The parties shall confer and submit by no later than

**Friday, April 29, 2005,** a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

_____
UNITED STATES DISTRICT JUDGE