IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| THE IT GROUP, INC., et al., | : |
| | : Bankruptcy Case No. 02-10118 MFW |
| Debtors. | : |
| | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, et al., on behalf of The IT Group, Inc., et al., | : |
| | : |
| Plaintiff, | : Adversary No. 04-50080 |
| v. | : Civil Action No. 05-100 JJF |
| ENVIROCRAFT CORPORATION, | : |
| Defendant. | : |

**AMENDED ORDER**

At Wilmington, this 28 day of April 2005,

IT IS HEREBY ORDERED that a portion of the Court's Order issued on April 21, 2005 (D.I. 4) is amended as follows:

(2) <u>Official Committee of Unsecured Creditors of the IT Group, et al. v. Envirocraft Corp.</u>, Civil Action No. 05-100, shall be consolidated into <u>Envirocraft Corp. V. PPG Industries, Inc., et al.</u>, Civil Action No. 03-455. All further pleadings in the consolidated case shall be filed under Civil Action No. 03-455.

_____
UNITED STATES DISTRICT JUDGE