# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

☰ MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(Fax) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4237
esutty@bayardfirm.com

May 6, 2005

**VIA HAND DELIVERY**

Ms. Anita Bolton, Courtroom Deputy
J. Caleb Boggs Federal Building
844 North King Street
Room 4124, Lock Box 27
Wilmington, DE 19801

    RE:    *The Official Committee of Unsecured Creditors of The IT Group, et al.,
On Behalf of the Estate of The IT Group, Inc., et al. v.
Envirocraft Corporation, Civil Action No. 05-100 (JJF)*

Dear Anita:

    Our firm represents The IT Litigation Trust (the "Trust"). On April 21, 2005, an Order (the "April 21 Order") was entered in the above-captioned matter that granted the Motion to Withdraw the Reference as to the Adversary Proceeding, filed by defendant Envirocraft Corporation. The Order further consolidated Civil Action Number 05-100 into Civil Action Number 03-445 (an Amended Order dated April 28, 2005, corrected the Civil Action Number to 03-455). The April 21 Order directed the parties to confer and submit a proposed Rule 16 Scheduling Order no later than April 29, 2005. Due to the number of parties involved, the parties have been unable to confer and submit a scheduling order. Accordingly, the Trust requests an additional 10 days from today's date to comply with the Court's April 21 Order.

587034v1

THE BAYARD FIRM

Ms. Anita Bolton
May 6, 2005
Page 2

      Please feel free to call me with any questions or concerns. Thank you for you attention to this matter.

Sincerely yours,

*Eric M. Sutty* (signature)

Eric M. Sutty

EMS/sdp
#30139-1

cc:    Jeffrey M. Schlerf, Esquire
        Ileana Cruz, Esquire
        Edward L. Paul, Esquire
        Michael P. Morton, Esquire
        Gary Adam Rubin, Esquire
        William M. Aukamp, Esquire
        Daniel A. Griffith, Esquire
        Clark Hobie, President