RECEIVED
MAY 12 2005

THE LAW OFFICES OF
EDWARD L. PAUL & ASSOCIATES, P.C.

EDWARD L. PAUL, ESQUIRE*

*MEMBER OF PA AND NJ BAR

1018 LAUREL OAK ROAD, SUITE 4
VOORHEES, NEW JERSEY 08043
(856) 435-6565
FAX: (856) 435-7064
elp@edwardlpaulpc.com

May 10, 2005

Ms. Anita Bolton, Courtroom Deputy
J. Caleb Boggs Federal Building
844 North King Street
Room 4124, Lock Box 27
Wilmington, DE 19801

Re:   The Official Committee of Unsecured Creditors of The IT Group, et al,
      On behalf of the Estate of The IT Group, Inc., et al. v.
      Envirocraft Corporation, Civil Action No. 05-100 (JJF)

Dear Ms. Bolton:

Please be advised that this office represents Envirocraft Corporation in connection with the above-referenced action. I join in the request of Eric M. Sutty, Esquire of the Bayard Firm for an extension of the time to enter the scheduling order.

I relocated my office in February of 2005. Unfortunately, I have had several problems with my mail being forwarded by the U.S. Post Office and did not receive the Memorandum consolidating the cases and requesting a scheduling order by April 29, 2005.

Since that date, I have been unable to reach counsel for The IT Group, Inc. to agree on the form of the order. I am forwarding a prospective order to all counsel on this date. If I do not receive any objections from counsel, I will forward the order to the court for approval.

Thank you for your cooperation and attention to this matter.

Very truly yours,

EDWARD L. PAUL, ESQUIRE

ELP/vg
cc:   All Counsel on attached service list

The Official Committee of Unsecured Creditors of The IT Group, et al,
On behalf of the Estate of The IT Group, Inc., et al. v.
Envirocraft Corporation, Civil Action No. 05-100 (JJF)
SERVICE LIST

Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Jeffrey M. Scherlf, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Ileanaa Cruz, Esquire
White & Case, LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131

Michael P. Morton, Esquire
1203 North Orange Street
Wilmington, DE 19801

Gary Adam Rubin, Esquire
Skaddden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899

William M. Aukamp, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19899

John J. Winter, Esquire
Harvey, Pennington, Cabot, Griffith & Renneisen
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103