# MICHAEL P. MORTON, P.A.
ATTORNEY AT LAW

1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 426-1313
Fax (302) 426-1300
email MPMPA@aol.com

Member DE & PA Bars
Affiliated Office
Crawford, Wilson & Ryan, LLC
West Chester, PA

May 20, 2005

The Honorable Judge Joseph F. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

    RE:   **The Official Committee of Unsecured Creditors of the IT Group, et al., On behalf of the Estate of the IT Group, Inc., et al., v. Envirocraft Corporation, Civil Action No. 05-100 (JJF)**

Dear Judge Farnan:

    Please find attached the Rule 16 Scheduling Order in the above captioned matter. The parties have agreed to the Scheduling order.

Sincerely,

*[signature]*

Michael P. Morton, Esquire
Attorney for Envirocraft
Corporation