IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE IT GROUP, INC., et al., | : | Case No. 02-10118 (MFW) |
| Debtors. | : | |
| ------------------------------------------------------------- x | : | |
| ENVIROCRAFT CORPORATION, | : | |
| Plaintiff, | : | |
| | : | Case No. 03-CV-455-JJF |
| v. | : | |
| PPG INDUSTRIES, INC., PULVERIZING SERVICES, INC., HERTZ EQUIPMENT RENTAL, HAAS SAND & GRAVEL, LLC, and CAPONE TRANSPORTATION , LLC, | : | |
| Defendants. | : | |
| ------------------------------------------------------------- x | : | |
| PPG INDUSTRIES, INC., | : | |
| Third Party Plaintiff-Counterclaims-Defendant, | : | |
| v. | : | |
| IT CORPORATION, | : | |
| Defendant-Counterclaimant. | : | |
| ------------------------------------------------------------- x | : | |
| IT CORPORATION, | : | |
| Cross-Claimant, | : | |
| v. | : | |
| ENVIROCRAFT CORPORATION, INC., CAPONE TRANSPORTATION, LLC, HAAS SAND & GRAVEL, LLC, CAPITOL ENVIRONMENTAL SERVICES, INC., HAMPTON-CLARKE, INC., UNTIED RENTALS, INC. | : | |

592542v1

Cross-Claims Defendants

------------------------------------------------------------------ x

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, ET AL., On Behalf on The Estate of The IT Group, Inc., et al., | |
| Plaintiff, | Case No. 05-CV-100-JJF |
| v. | |
| ENVIROCRAFT CORPORATION, INC., et al. | Consolidated Cases |
| Defendants. | |

------------------------------------------------------------------ x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2005, the IT Litigation Trust Trustee (the "Trustee"), by and through undersigned counsel, served **Initial Disclosures of the IT Litigation Trust Pursuant to Fed. R. Civ. P. 26(a)(1)(A)** upon the parties listed on the attached service list via hand delivery to local counsel and via U.S. First Class Mail upon the remaining parties thereon.

Dated: June 24, 2005

                                                      THE BAYARD FIRM

                                                      By: _____
                                                      Jeffrey M. Schlerf (No. 3047)
                                                      Gary F. Seitz (No. 4457)
                                                      GianClaudio Finizio (No. 4253)
                                                      222 Delaware Avenue, Suite 900
                                                      Wilmington, Delaware 19801
                                                      (302) 655-5000

                                                      Counsel for the IT Litigation Trust

592542v1

Michael P. Morton, Esq.
Michael P. Morton, P.A.
1203 N. Orange St.
Wilmington, DE 19801

Edward L. Paul, Esq.
Edward L. Paul & Associates, P.C.
1018 Laurel Oak Rd., Suite 4
Voorhees, NJ 08043

Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams, LLP
PNC Bank Center
222 Delaware Ave., 10th Floor
PO Box 23
Wilmington, DE 19899-2306

Joseph L. Schwartz, Esq.
Riker, Danzig, Scherer, Hyland & Peretti, LLP
One Speedwell Avenue, Headquarters Plaza
Morristown, NJ 07962

Stephen M. Fogler, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

Samuel W.E. Applegate, III, Esq.
Moore & VanAllen, PLLC
40 Calhoun Street, Suite 300
Charleston, SC 29401-3504

Pulverizing Services, Inc.
c/o A. Clark Hobbie, Jr., President
PO Box 1236
Mt. Pleasant, SC 29465

Rudi R. Grueneberg, Esq.
704 East Main St., Bldg. "E"
Moorestown, NJ 08057

Capone Transportation, LLC
290 New Brooklyn Rd.
Berlin, NJ 08009

Gary A. Rubin, Esq.
Marion M. Quirk, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square, PO Box 636
Wilmington, DE 19899

David S. Kurtz, Esq.
Skadden, Arps, Meagher & Flom, LLP
333 W. Wacker Dr.
Chicago, IL 60606-1285

Daniel A. Griffith, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
PO Box 8888
Wilmington, DE 19899

John J. Winter, Esq.
Harvey, Pennington, Ltd.
1835 Market St., 29th Floor
Philadelphia, PA 19103

James Huggett, Esq.
913 Market St., Suite 702
Wilmington, DE 19801