IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| THE IT GROUP, INC., et al., | : | Case No. 02-10118 (MFW) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| ENVIRONCRAFT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 03-455-JJF |
| | : | |
| PPG INDUSTRIES, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| OFFICIAL COMMITTEES OF UNSECURED CREDITORS OF THE IT GROUP, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-100-JJF |
| | : | |
| ENVIRONCRAFT CORPORATION, et al., | : | |
| | : | Consolidated Cases |
| Defendants. | : | |

**ORDER**

At Wilmington this **1st** day of **August, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 14, 2005 at 7:30 a.m.** with Magistrate Judge Thynge to discuss the status of negotiations, the procedures to date and identification of the parties remaining in these matters.  **Michael P. Morton, Esquire shall initiate the teleconference call**.

   Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

               <u>/s/ Mary Pat Thynge</u>
               UNITED STATES MAGISTRATE JUDGE