IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.* | ) | Case No. 02-10118 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ENVIRONCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-455-JJF |
| | ) | |
| PPG INDUSTRIES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, *et al.*, | ) | Civil Action No. 05-100-JJF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ENVIRONCRAFT CORPORATION, *et al.*, | ) | Consolidated Cases |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 2nd day of August, 2005, I caused a copy of the *Order* [Docket No. 57] to be served upon the parties listed on the attached service list via U.S. First Class mail.

THE BAYARD FIRM

Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

Counsel for the IT Litigation Trust

596592v1

## IT Group

## Updated Service List

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown   NJ   07962-1981
04-51290

James E. Huggett, Esquire
Harvey*Pennington Ltd.
913 Market Street
7th Floor
Wilmington   DE   19801
04-50444

Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington   DE   19801-1246
04-50830

Jon E. Kane, Esquire
Mateer & Harbert, P.A.
P.O. Box 2854
Orlando   FL   32802-2854
04-50919

Michael P. Morton, Esquire
Michael P. Morton, P.A.
1203 N. Orange Street
Wilmington   DE   19801
04-50197

Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
P.O. Box 2306
Wilmington   DE   19899-2306
04-51290

Edward L. Paul, Esquire
The Law Offices of Sklar & Paul
701 White Horse Road
Adams Place
Suite 5
Voorhees   NJ   08043
04-50080

Stephen M. Fogler, Esquire
Archer & Greiner, PC
One Centennial Square
Haddonfield   NJ   08033

Samuel W.E. Applegate, III, Esquire
Moore & VanAllen, PLLC
40 Calhoun Street
Suite 300
Charleston   SC   29401-3504

A. Clark Hobbie, Jr., President
Pulverizing Services, Inc.
P.O. Box 1236
Mt. Pleasant   SC   29465

Rudi R. Grueneberg, Esquire
704 East Main Street
Building E
Moorestown   NJ   08057

Capone Transportation, LLC
290 New Brooklyn Road
Berlin   NJ   08009

Daniel A. Griffith, Esquire
Marshall, Dennehy, Warner, Coleman & Goggin
1220 North Market Street
Suite 500
P.O. Box 8888
Wilmington   DE   19899

John J. Winter, Esquire
Harvey, Pennington, Ltd.
1835 Market Street
29th Floor
Philadelphia   PA   19103