January 11, 2006

**<u>VIA HAND DELIVERY</u>**
The Honorable Judge Joseph F. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

    **RE:** **The Official Committee of Unsecured Creditors of the IT Group, et al.,**
       **On behalf of the Estate of the IT Group, Inc., et al., v.**
       <u>**Envirocraft Corporation, Civil Action No. 05-100 (JJF)**</u>

Dear Judge Farnan:

  The case has settled and the parties are currently signing the new stipulation that was issued on Monday. We are currently waiting for two additional signatures. Once we received the signed stipulation I will immediately file it with the Court.

  If you have any questions or concerns, please feel free to contact my office at 426-1313.

                Sincerely,

                Michael P. Morton, Esquire
                Attorney for Envirocraft
                Corporation

cc: