IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| THE IT GROUP, INC., et al., | : |
| | : Bankruptcy Case No. 02-10118 MFW |
| Debtors, | : |
| | : |
| OFFICIAL COMMITTEE OF UNSECURED | : |
| CREDITORS OF THE IT GROUP, et | : |
| al., on behalf of The IT Group, | : |
| Inc., et al., | : |
| | : |
| Plaintiff, | : Adversary No. 04-50080 |
| | : |
| v. | : Civil Action No. 05-100 JJF |
| | : |
| ENVIROCRAFT CORPORATION, | : |
| | : |
| Defendant. | : |

### ORDER

WHEREAS, the Court was advised by Michael P. Morton, Esq. that a settlement has been reached in the above-referenced action (D.I. 13).

NOW THEREFORE, IT IS ORDERED that the above-captioned case is **STAYED** and **CLOSED** administratively.  The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order.  The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

February 22, 2006
DATE

UNITED STATES DISTRICT JUDGE